Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000. Fax (951) 826-8090

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:       Clerk, U.S. Bankruptcy Court

Re:       UNDISTRIBUTED FUNDS

Case No.: 6:06-bk-10095-CB

Debtor(s): VICTOR GARCIA
           16352 APPLETREE LN
           VICTORVILLE, CA  92395

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| TRIAD FINANCIAL CORP | $0.00 |
| DEPT CH10104 | |
| PALATINE, IL 60055 | |
| | $911.85 |

Dated: 12/28/10

Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

**ROD DANIELSON, Chapter 13 Trustee**
Payee: US BANKRUPTCY COURT

Check #.: **0336536**
Date: Dec 28, 2010

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0610095 | VICTOR GARCIA | 40900137851770001 | 00003 | 911.85 | 0.00 | 911.85 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT    TOTALS:    911.85    0.00    911.85

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

VICTOR GARCIA
BALANCE: 0.00    [0.00 Claim:00003]
ACCT: 40900137851770001
PRINCIPAL: 911.85

CASE: 0610095
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
**0336536**

CHECK DATE: **Dec 28, 2010**
AMOUNT: **\*\*\*\*\*\*\*\*911.85\*\***
VOID 45 DAYS FROM DATE

PAY    Nine Hundred Eleven And 85 / 100 Dollars

TO THE ORDER OF
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0336536⑈ ⑆122044300⑆ ⑈030⑈100078⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS